1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEQUOIA ELECTRIC, LLC., et al., <br><br> Defendants. | 2:11-CV-1179 JCM (PAL) |

### ORDER

Presently before the court is plaintiffs Trustees of the Operating Engineers Pension Trust, et. al.'s motion to add Clear Diamond, LLC and Sequoia Construction, Inc. as defendants. (Doc. #15). Defendants Sequoia Electric, LLC, et. al. filed a notice of non-opposition. (Doc. #16).

Local Rule 15-1(a) requires plaintiffs to submit a proposed amended complaint along with the motion to amend. LR 15-1(a). Here, plaintiffs have failed to attach an amended complaint. Instead, plaintiffs' motion states that "[u]pon this [c]ourt's granting for the [p]laintiffs' motion, [p]laintiffs' counsel will also serve an original summons and complaint upon [the additional defendants]." (Doc. #15). This procedure does not comport with the local rules.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs Trustees of the Operating Engineers Pension Trust, et. al.'s motion to add Clear Diamond, LLC and Sequoia Construction, Inc. as defendants (doc. #15) be, and the same hereby is, DENIED without prejudice.

DATED October 31, 2011.

_____
UNITED STATES DISTRICT JUDGE

- 2 -