UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEQUOIA ELECTRIC, LLC., et al., <br><br> Defendants. | 2:11-CV-1179 JCM (PAL) |

**ORDER**

Presently before the court is plaintiffs Trustees of the Operating Engineers Pension Trust, et. al.'s amended motion to add Clear Diamond, LLC and Sequoia Construction, Inc. as defendants. (Doc. #18). Plaintiffs attached a copy of the proposed amended complaint to the motion. (Doc. #18, Ex. 3).

On October 31, 2011, the court denied plaintiffs' first motion to amend because they had failed to attach a copy of the amended complaint to the motion pursuant to Local Rule 15-1(a). (Doc. #17). In response to the earlier motion to amend, defendants Sequoia Electric, LLC, et. al. filed a notice of non-opposition. (Doc. #16). The instant motion is substantially similar to the previously denied motion. (Doc. #18).

Pursuant to Federal Rule of Civil Procedure 15(a)(2), when justice requires, the court should "freely give leave" to amend. *Id.* This policy "is to be applied with extreme liberality." *Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001). District courts consider

**James C. Mahan**
**U.S. District Judge**

1  four factors in determining whether leave to amend is appropriate: bad faith, undue delay, prejudice
2  to the opposing party, and/or futility. *Id.*; *see also Foman v. Davis*, 371 U.S. 178, 182 (1962). Local
3  Rule 15-1(a) requires plaintiffs to submit a proposed amended complaint along with the motion to
4  amend.  LR 15-1(a).

5  Considering defendants' previously filed notice of non-opposition and good cause appearing,
6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs Trustees of the
7  Operating Engineers Pension Trust, et. al.'s amended motion to add Clear Diamond, LLC and
8  Sequoia Construction, Inc. as defendants (doc. #18) be, and the same hereby is, GRANTED.
9  IT IS FURTHER ORDERED that plaintiffs file and serve the amended complaint (doc. #18,
10  ex. 3) forthwith.
11  DATED November 9, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -