1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>            Plaintiff,<br><br>v.<br><br>SEQUOIA ELECTRIC, LLC, et al.,<br><br>            Defendants. | 2:11-CV-1179 JCM (PAL) |

**ORDER**

Presently before the court is defendants Sequoia Electric, LLC, et. al.'s motion for clarification. (Doc. #37). Plaintiffs Trustees of the Operating Engineers Pension Trust, et. al. filed an opposition. (Doc. #38). Defendants then filed a reply. (Doc. #41).

On March 16, 2012, the court held a hearing and granted defendants' motion for preliminary injunction. (Doc. #33). Defendants now move for clarification of the court's ruling from the bench. (Doc. #37). Specifically, defendants propose to include the following sentence in the preliminary injunction order: "[T]his contribution requirement shall not apply to work already claimed by other unions and/or covered by other labor agreements." (Doc. #37).

This proposed language was not contemplated in the court's ruling from the bench and, therefore, should not be included in the preliminary injunction order.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1      Accordingly,

2      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Sequoia

3  Electric, LLC, et. al.'s motion for clarification (doc. #37) be, and the same hereby is, DENIED.

4      DATED April 30, 2012.

5

6                     _____
                        **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                            - 2 -