**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,

Plaintiff,

v.

SEQUOIA ELECTRIC, LLC, et al.,

Defendants.

2:11-CV-1179 JCM (PAL)

**ORDER**

Presently before the court is defendants Sequoia Electric, LLC, et. al.'s motion for clarification. (Doc. #37). Plaintiffs Trustees of the Operating Engineers Pension Trust, et. al. filed an opposition. (Doc. #38). Defendants then filed a reply. (Doc. #41).

On March 16, 2012, the court held a hearing and granted defendants' motion for preliminary injunction. (Doc. #33). Defendants now move for clarification of the court's ruling from the bench. (Doc. #37). Specifically, defendants propose to include the following sentence in the preliminary injunction order: "[T]his contribution requirement shall not apply to work already claimed by other unions and/or covered by other labor agreements." (Doc. #37).

This proposed language was not contemplated in the court's ruling from the bench and, therefore, should not be included in the preliminary injunction order.

. . .

. . .

James C. Mahan
U.S. District Judge

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Sequoia Electric, LLC, et. al.'s motion for clarification (doc. #37) be, and the same hereby is, DENIED.

DATED April 30, 2012.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**